IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| INCREDIBLY EDIBLE DELITES, INC., and <br> INCREDIBLE FRANCHISE CORPORATION, <br><br> Plaintiffs, <br><br> vs. <br><br> EDIBLE ARRANGEMENTS, LLC, and <br> EDIBLE ARRANGEMENTS FRANCHISE GROUP <br><br> Defendants. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | Civil Action No.:02-CV-4021 |

## STIPULATION

Plaintiffs, Incredibly Edible Delites, Inc. and Incredible Franchise Corporation, and defendants Edible Arrangements, LLC and Edible Arrangements Franchise Group, by and through their respective undersigned counsel, hereby agree to the following:

1. The parties in this action agree as follows to present to the Court a Joint Submission on the issue of whether the claims of the current action come under a prior settlement agreement:

    a. plaintiffs shall serve proposed agreed facts along with its position to defendants by July 25, 2002;

    b. defendants shall serve a response to the proposed agreed facts indicating facts not agreed to and presenting any additional facts for consideration along with defendants position within one week of receiving plaintiffs proposed agreed to facts and position;

1

  c. plaintiffs shall serve its rebuttal within one week of receiving defendants response, at which time the parties shall execute and submit the joint submission to the Court.

  d. the manner of service in a through c, above, shall be by facsimile or hand delivery.

2. The time for defendants to answer the complaint shall be extended, and defendants shall file and serve their answer to the complaint two weeks after the Court's decision on the joint submission.

            HARDING, EARLEY, FOLLMER & FRAILEY

Date: _____  By: _____
            John F.A. Earley III
            Frank J. Bonini, Jr.
            P.O. Box 750
            86 The Commons at Valley Forge East
            1288 Valley Forge Road
            Valley Forge, PA  19482-0750
            Voice  (610) 935-2300
            Fax     (610) 935-2300

            Attorneys for Plaintiffs

            MARSHALL, DENNEHEY, WARNER,
            COLEMAN, and GOGGIN

Date: _____  By: _____
            Daniel J. Hart
            Arthur Lefco
            1845 Walnut Street
            Philadelphia, PA  19103-4797
            Voice  (215) 575-2600
            Fax     (215) 575-0856

Attorneys for Defendants
Edible Arrangements Franchise Group

|  |  |
|---|---|
|  | RAWLE & HENDERSON, LLP |
| Date: _____ | By: _____<br>Joseph L. Turchi<br>The Widener Building, One South Penn Square<br>Philadelphia, PA 19107<br>Voice (215) 575-4200<br>Fax   (215) 563-2583 |
|  | Attorneys for Defendants<br>Edible Arrangements, LLC |

SO ORDERED:

_____
Edmund V. Ludwig
U.S.D.J.